# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LEANNA VEGA,

                Plaintiff,

-vs-                                        Case No. 6:08-cv-2184-Orl-28KRS

KISSIMMEE POPCORN COMPANY, INC.,
BYRON SUTTON,

                Defendants.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 10) filed February 3, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the objection timely filed by Plaintiff (Doc. No. 12), the Court agrees with the findings of the Report and Recommendation that the compensation Plaintiff will receive is a fair resolution of this Fair Labor Standard Act ("FLSA") case and the case can be dismissed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 6, 2009 (Doc. No. 11) is **ADOPTED** in part as outlined above.

2. The Joint Motion to Approve Settlement (Doc. No. 10) is **GRANTED**.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_2nd\_\_ day of ~~March~~ April, 2009.

／s／ John Antoon II
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party